IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TODD ROWAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: |
| ) | 1:19-CV-01276-SDG |
| DUBBER, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>DEFENDANT DUBBER, INC.'S MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Federal Rule of Civil Procedure 56(c) and the Local Rules of this Court, Defendant Dubber, Inc. ("Defendant") hereby moves this Court to GRANT its Motion for Summary Judgment. This motion is based upon the pleadings, declaration, deposition of Plaintiff, and exhibits attached thereto, all of which are included in this filing with the Court.

As set forth more fully in Defendant's support Memorandum of Law and Statement of Undisputed Material Facts, there is no dispute as to any genuine issue of material fact, and Defendant is entitled to judgment as a matter of law.

WHEREFORE, Defendant respectfully request that the Court grant its dispositive motion in its entirety and grant to Defendant its reasonable costs and any other such relief as the Court deems appropriate.

## CERTIFICATION OF COMPLIANCE

This is to certify that Defendant's Motion for Summary Judgment, supporting memorandum, statement of undisputed material facts and appendix were prepared using Times New Roman 14 point font in accordance with LR 5.1(C).

Respectfully submitted this 18th day of November, 2019.

/s/Luke Donohue
Gregory J. Hare
Georgia Bar No. 326020
greg.hare@ogletree.com
Luke P. Donohue
Georgia Bar No. 193361
luke.donohue@ogletree.com
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA 30303
Telephone: 404-881-1300
Fax: 404-870-1732

Attorneys for Dubber, Inc.

- 3 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TODD ROWAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DUBBER, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO:<br>1:19-CV-01276-SDG |

## CERTIFICATE OF SERVICE

I certify that on November 18, 2019, I electronically filed **Defendant's Motion for Summary Judgment, Memorandum of Law in Support, Statement of Undisputed Materials Facts and Appendix** with the Clerk of Court using the CM/ECF system, which will send notification to the following counsel of record:

James E. Voyles
The Voyles Law Firm, P.C.
jvoyles@voyleslaw.com

*s/Luke Donohue*
Luke P. Donohue
GA Bar No. 193361

40752037.1