IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TODD ROWAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO: |
| DUBBER, INC., | ) 1:19-CV-01276-SDG ) |
| Defendant. | ) ) ) |

## APPENDIX

Defendant attaches hereto the deposition excerpts, deposition exhibits, and declarations referred to in its Motion for Summary Judgment's Memorandum in Support and Statement of Undisputed Material Facts:

1. Deposition excerpts of Plaintiff Todd Rowan: 39-40, 48-50, 68-73, 75-77, 79-81, 85-88, 99-100, 102, 105, 127-128, 130, 134, 137-138, 142-143, 158-159

    - Exhibit 3

    - Exhibit 4

    - Exhibit 6

    - Exhibit 11

    - Exhibit 12

- 2 -

2. Declaration of James Slaney

Respectfully submitted this 18th day of November, 2019.

    */s/Luke Donohue*
    Gregory J. Hare
    Georgia Bar No. 326020
    greg.hare@ogletree.com
    Luke P. Donohue
    Georgia Bar No. 193361
    luke.donohue@ogletree.com
    OGLETREE, DEAKINS, NASH,
     SMOAK & STEWART, P.C.
    191 Peachtree Street, N.E., Suite 4800
    Atlanta, GA 30303
    Telephone: 404-881-1300
    Fax: 404-870-1732

Attorneys for Dubber, Inc.

40752133.1