# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **TODD ROWAN,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action File No:** |
| ) | |
| v. ) | **1:19-cv-01276-AT** |
| ) | |
| **DUBBER, INC,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Todd Rowan hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered in this action on or about August 28, 2020.

Respectfully submitted, this 25th day of September, 2020.

*/s/ John F. Meyers*
John F. Meyers
Georgia bar No. 503692
680 Village Trace
Suite 2D
Marietta, Georgia 30067
404-597-1275
john@jmeyersgroup.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Plaintiff's Notice of Appeal** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

This 25th day of September 2020.

*/s/ John F. Meyers*
John F. Meyers
Georgia Bar No. 503692
680 Village Trace
Suite 2D
Marietta, Georgia 30067
404-597-1275
john@jmeyersgroup.com

*Attorney for Plaintiff*